No. 82–1085. ARCUDI, CHAIRMAN, BOARD OF COMPENSATION COMMISSIONERS OF CONNECTICUT, ET AL. *v.* STONE & WEBSTER ENGINEERING CORP. ET AL. Affirmed on appeal from C. A. 2d Cir.